# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 30, 2019

157003

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

WHITNEY HENDERSON,
        Plaintiff-Appellee,

v

ERIC M. KING and D & V EXCAVATING,
LLC,
        Defendants-Appellants,

and

USAA CASUALTY INSURANCE COMPANY,
and ESURANCE PROPERTY AND CASUALTY
INSURANCE COMPANY,
        Defendants-Appellees,

and

VMC CONTRACTING, LLC,
        Defendant.

SC: 157003
COA: 334105
Macomb CC: 2015-002323-NI

_____/

     By order of May 29, 2018, the application for leave to appeal the November 28, 2017 judgment of the Court of Appeals was held in abeyance pending the decision in *Dye v Esurance Property & Casualty Ins Co* (Docket No. 155784). On order of the Court, the case having been decided on July 11, 2019, 504 Mich ___ (2019), the application is again considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

     CAVANAGH, J., did not participate due to her prior relationship with Garan Lucow Miller, P.C.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 30, 2019



Clerk

a0923